UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

COREY ASKEW #248480,

        Plaintiff(s),        Case No. 2:07-CV-11820

vs.        Hon. David M. Lawson
        United States District Judge

SERGEANT CROPSEY, et.al.,

        Michael J. Hluchaniuk
        Defendant(s).        United States Magistrate Judge
_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME (Dkt #31)

This matter is before the Court on the Plaintiff's Motion for Extension of Time to Respond to the Defendants' Motion for Summary Judgment. (Dkt #31).

In support of the motion, the Plaintiff indicates that he is unable to comply with the Court's order to file a response to the Defendants' motion for summary judgment which was filed on March 11, 2008, (Dkt #27) because he has not yet been served with a copy of the motion. On March 24, 2008, the Office of the Michigan Attorney General was contacted concerning this matter. A staff member indicated that a copy of the motion would be re-mailed to the Plaintiff.

Rule 6(b), Federal Rules of Civil Procedure states that "When by these rules or by notice given thereunder or by order of the court an act is required or allowed to be done at or within a specified time, the court for good cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if request thereof is made before the expiration of the period originally prescribed or as extended by a previous order....."

Having considered the Plaintiff's motion and for the reasons stated, the motion for an extension of time is hereby **GRANTED.**

**IT IS HEREBY ORDERED** that the Plaintiff is granted an extension of time until **APRIL 21, 2008** in which to file his response.

DATED**:** March 26, 2008       s/ Michael J. Hluchaniuk
                                 Michael J. Hluchaniuk
                                 United States Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2008 , I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: Christine M. Campbell, and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: Corey Askew #248480, Alger Maximum Corr. Facility, Industrial Park Dr., P.O. Box 600, Munising, MI 49862

                                 s/ James P. Peltier
                                 James P. Peltier
                                 Courtroom Deputy Clerk
                                 U.S. District Court
                                 600 Church St.
                                 Flint, MI 48502
                                 810-341-7850
                                 pete_peltier@mied.uscourts.gov.